McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Facsimile:   (202) 307-0054
Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEAN N. PERKINS, ROBERT V. PERKINS, <br><br> Defendants. | Civil No. 2:06-CV-00249-LKK-DAD <br><br> **EX PARTE REQUEST TO CONTINUE PRETRIAL SCHEDULING CONFERENCE AND RELATED DATES and ORDER** |

The United States requests that the Status (Pretrial Scheduling) Conference presently set for April 17, 2006, be continued to a date 60 days later. In addition, the United States seeks an additional 60 days in which to attempt service of the summons and complaint on one defendant. The United States filed the complaint in this case on February 6, 2006, and promptly sent the summons and complaint out for service on February 9, 2006. The Revenue Officer assigned has determined that one of the defendants (Robert Perkins) died and the Revenue Officer was not able to locate Jean Perkins. We may be able to find the defendant with additional effort, as she is said to be living with (unidentified) relatives in California.

Since the defendant has not been served, the United States suggests that a scheduling conference is premature at this time. The United States requests an order continuing the scheduling conference and the time to serve the defendant for an additional 60 days.

For the reasons set forth above, the United States requests entry of the order set forth below.

Respectfully submitted this 30th day of March, 2006.

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/   G. Patrick Jennings
                                  G. PATRICK JENNINGS
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice
                                  Post Office Box 683
                                  Ben Franklin Station
                                  Washington, D.C.  20044
                                  Telephone: (202) 307-6648
                                  Facsimile: (202) 307-0054

**ORDER**

**IT IS ORDERED THAT** the Scheduling Conference set for April 17, 2006, is continued to July 17, 2006, at 2:00 p.m.  The plaintiff may continue to attempt service until that time. Plaintiff shall serve a copy of this order with service of process and each party shall file a status report 10 days before the conference.

**IT IS SO ORDERED**.

Date:  March 31, 2006                    /s/Lawrence K. Karlton
                                                    Lawrence K. Karlton
                                                    Senior Judge
                                                    United States District Court