McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6648
Facsimile:   (202) 307-0054
Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JEAN N. PERKINS, ROBERT V. PERKINS,<br><br>    Defendants. | Civil No. 2:06-CV-00249-LKK-DAD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Date:     July 17, 2006<br>Time:    2:00 p.m.<br>Place:   Courtroom 5 |

The United States requests that the Status (Pretrial Scheduling) Conference presently set for July 17, 2006, be continued to a date 60 days later.  The United States has been unable to serve the remaining defendant and seeks permission by separate application to serve her by publication.   Since the defendant has not been served, the United States suggests that a scheduling conference is premature at this time.

//
//
//
//
//
//

The United States requests an order continuing the scheduling conference and the time to serve the defendant for an additional 60 days.

Respectfully submitted

McGREGOR W. SCOTT
United States Attorney

Dated: July 3, 2006              /s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6648
Facsimile: (202) 307-0054

**ORDER**

**Good cause appearing, IT IS ORDERED THAT** the Scheduling Conference set for July 17, 2006, is continued to October 10, 2006, at 3:30 p.m. Each party shall file a status report not later than ten (10) days prior to the conference.

**IT IS SO ORDERED**.

Date: July 6, 2006

Lawrence K. Karlton
Senior Judge
United States District Court