McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6648
Facsimile:   (202) 307-0054
Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEAN N. PERKINS, ROBERT V. PERKINS, <br><br> Defendants. | Civil No. 2:06-CV-00249-LKK-DAD <br><br> **ORDER** |

For good cause shown, and pursuant to Rules 4(e)(1) and 4(m) of the Federal Rules of Civil Procedure and §415.50 of the California Code of Civil Procedure, the Court grants the United States' Ex Parte Application for Leave to Serve Defendant by Publication and for an Extension of Time in which to Complete Service of Process (doc. # 7).  Accordingly, it is hereby **ORDERED** that the United States may effect service of the summons and complaint in this action on defendant Jean N. Perkins by publication, and that the service of process deadline is extended to 60 days after the date of this Order.

**IT IS SO ORDERED.**

Dated: July 11, 2006

_____
Lawrence K. Karlton
Senior Judge
United States District Court