UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JEAN N. PERKINS and
ROBERT V. PERKINS,

        Defendants.
_____/

NO. CIV. S-06-249 LKK/DAD

O R D E R

    Pursuant to court order, a status conference was scheduled in this case for October 10, 2006. Defendants were served by publication. Defendant Jean Perkins has not answered or appeared in this action, and the deadline for filing an answer was September 28, 2006. Defendant Robert Perkins has died and the United States has agreed to dismissal as to him. Accordingly, the court orders as follows:

    1.   The status conference currently set for October 10, 2006 at 3:30 p.m. is hereby VACATED.

////

1

1      2.   Defendant Robert Perkins is hereby DISMISSED from the
2          case.
3  IT IS SO ORDERED.
4  DATED: October 5, 2006.

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT