McGREGOR W. SCOTT
United States Attorney

ADAM R. SMART
G. PATRICK JENNINGS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6422
Facsimile:   (202) 307-0054
Adam.R.Smart@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. Civ. 2:06-cv-00249-LKK-DAD |
| Plaintiff, ) | |
| v. ) | **UNITED STATES' SUBSTITUTION OF COUNSEL** |
| JEAN N. PERKINS ET AL., ) | |
| Defendants. ) | |

    Now comes the United States of America, pursuant to Local Rule 83-182(g), and hereby substitutes as counsel of record, Adam R. Smart, Trial Attorney, U.S. Department of Justice, Tax Division, for G. Patrick Jennings, who hereby withdrawals from representation of the United States of America in the above referenced matter.

    Respectfully submitted this 30th day of October, 2006.

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Adam R. Smart
                                        ADAM R. SMART
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 683, Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 307-6422
                                        Facsimile:  (202) 307-0054
                                        Adam.R.Smart@usdoj.gov

/s/ G. Patrick Jennings
(as authorized on October 30, 2006)
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6648
Facsimile: (202) 307-0054
Guy.P.Jennings@usdoj.gov

Attorneys for the United States

**IT IS SO ORDERED**

DATED: October 31, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of October, 2006, I electronically filed the foregoing **UNITED STATES' SUBSTITUTION OF COUNSEL** using the Court's CM/ECF system. It is further certified that, on this same date, I mailed a copy of the foregoing, via first class United States Mail, postage prepaid, to the following:

>Jean N. Perkins
>7521 Bon Soir
>Corpus Christi, TX 78414

    /s/ Adam R. Smart
    ADAM R. SMART
    Trial Attorney, Tax Division
    U.S. Department of Justice