IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,                    No. CIV S-06-0249 LKK DAD

    vs.

JEAN N. PERKINS,

     Defendant.                <u>ORDER</u>

_____/

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On January 18, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed January 18, 2007, are adopted in full;

2. The United States' motion for default judgment is granted and judgment for the United States shall be entered on all claims.

3. Any UCC Financing Statement that purports to create a lien or any other non-consensual lien or encumbrance filed by defendant Perkins against the person or property of any IRS employee or others who authorized or performed any act in connection with the assessment or collection of her tax liabilities are declared null and void *ab initio* and declared to have no force and effect.

4. An order may be filed and recorded by the United States with the California Secretary of State, any county clerk's office, assessor's office, or registrar of deeds in the state of California where such liens have been or will be filed by defendant Perkins.

5. Regardless of nomenclature, caption, title, or terms used to describe the document, defendant Jean N. Perkins is permanently enjoined from filing, or attempting to file, any document or instrument which purports to create a lien or any other purported non-consensual lien or encumbrance against the person or property of the below named IRS employees or others who authorized or performed any act in connection with the assessment or collection of the tax liabilities of defendant Perkins or her deceased husband.

Nevertheless, this permanent injunction should not prevent defendant Perkins from applying to any state or federal court of competent jurisdiction in order to obtain relief of any non-frivolous legal claim, and this injunction should not apply to or prohibit liens lawfully created by any judgment of a court of competent jurisdiction. Willful violation of this order shall be punished by fine or imprisonment, or both.

/////

/////

/////

/////

6. An order is hereby entered specifically declaring and adjudging that the UCC Financing Statement, Document Number 04-7008276418, filed by defendant Perkins against Mark Everson, Ava Pointer and Thomas Mathews is null, void and of no legal effect.

DATED:   February 22, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT